IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02756-MSK-KLM

DELANDA FRANKLIN,

    Plaintiff,

v.

WOODY CAPITAL INVESTMENT COMPANY III, a/ka J.R. MOTORS COMPANY NORTH, a/k/a GO HONDA 104TH, and
R.L. BUSCHER III INC., a/k/a J.R. MOTORS COMPANY NORTH,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Amend Answer** [Docket No. 8; Filed November 18, 2010] (the "Motion").  Defendants seek leave to file an Amended Answer [Docket No. 8-1] pursuant to Fed. R. Civ. P. 15(a)(1)(A).  Defendants represent that Plaintiff has no opposition to the Motion.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Clerk of the Court is instructed to accept Defendant's Amended Answer [#8-1] for filing as of the date of this Order.

    Dated:  November 19, 2010