IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02756-MSK-KLM

DELANDA FRANKLIN,

    Plaintiff,

v.

WOODY CAPITAL INVESTMENT COMPANY III, a/k/a J.R. Motros Company North, a/k/a Go Honda 104th; and
R.L. BUSCHER III, INC., a/k/a J.R. Motors Company North,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the Unopposed Motion to Dismiss **(#42)** filed September 6, 2011. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED**. Any and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 6th day of September, 2011.

                                  BY THE COURT:

                                  */s/ Marcia S. Krieger*

                                  Marcia S. Krieger
                                  United States District Judge